**Order entered September 23, 2014**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-14-01213-CR

**JESSICA RUIZ ESPINOZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-83192-2013**

## ORDER

The Court **GRANTS** appellant's motion for extension of time to file the notice of appeal.

Appellant's notice of appeal is timely filed for jurisdictional purposes.


/s/    ADA BROWN
        JUSTICE